# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KENNETH JOHN PACHINGER
Reg. #30219-074                                                                                                      PLAINTIFF

V.                                          2:10CV00161 SWW/JTR

UNITED STATES BUREAU OF PRISONS, et al.                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A: (a) Defendant United States Bureau of Prisons is DISMISSED, WITH PREJUDICE, because Plaintiff has failed to state a viable claim against it; (b) the United States of America is added as a Defendant; (c) Plaintiff shall PROCEED with his constitutional claim against Defendants Tolliver and John/Jane Does; and (d) Plaintiff shall PROCEED with his FTCA claim against Defendant United States of America.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3.      The Clerk is directed to prepare a summons for Defendant Tolliver and the U.S. Marshal is directed to serve the summons and Complaint on him, the United States Attorney for the

Eastern District of Arkansas, and the United States Attorney General, without prepayment of fees and costs or security therefor.[1]

4.     Plaintiff shall file, **within 90 days of the entry of this Order**, a Motion for Service that contains the full names and proper service addresses for each of the John and Jane Doe Defendants.

5.     If Plaintiff fails to timely and properly do so, the John and Jane Doe Defendants will be dismissed, without prejudice, due to a lack of service pursuant to Fed. R. Civ. P. 4(m).

Dated this 4th day of March, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] If Defendant Tolliver is no longer a BOP employee, the person responding to service shall file **UNDER SEAL** his last known private mailing address.