# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KENNETH JOHN PACHINGER
Reg. #30219-074                                                                                        PLAINTIFF

V.                                         2:10CV00161 SWW/JTR

GRAHAM, Health Services Administrator,
Forrest City Federal Correctional Institution, et al.                          DEFENDANTS

## ORDER

On May 6, 2011, Plaintiff filed a Motion for Discovery asking Defendants to produce certain documents.  *See* docket entry #44.

Plaintiff's discovery request is premature because Defendants have recently been given an extension, until June 9, 2011, to file their Answer or other responsive pleading.  *See* docket entry #40.  Once Defendants do so, Plaintiff must mail his discovery requests *directly to the opposing counsel*, along with a certificate of service, and *not* file them in the record.  *See* Fed. R. Civ. P. 5(d).

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Discovery (docket entry #44) is DENIED.

2. The Clerk is directed to REFRAIN FROM DOCKETING any future written discovery from Plaintiff.

Dated this <u>16th</u> May, 2011.

                                                        */s/ J. Thomas Ray*
                                          UNITED STATES MAGISTRATE JUDGE