# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KENNETH JOHN PACHINGER,
Reg. #30219-074                                                                                    PLAINTIFF

V.                                    2:10CV00161 JTR

MARY ELLEN RIVERS-GRAHAM,
Health Services Administrator,
Forrest City Correctional Institution, et al.                            DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 5th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE